**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA**

| | | |
|---|---|---|
| CARYN ERIKA PARKER, | ) | 3:11-cv-00039-ECR-RAM |
| Plaintiff, | ) | |
| vs. | ) | **Order** |
| GREENPOINT MORTGAGE FUNDING INC.; PINNACLE MORTGAGE GROUP; MARIN CONVEYANCING CORP.; MORTGAGE ELECTRONIC SYSTEMS, INC. [MERS]; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY; FIRST AMERICAN TITLE INSURANCE COMP.; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action, | ) | |
| Defendants. | ) | |

Plaintiff is a homeowner who alleges that she is the victim of a predatory lending scheme perpetrated by Defendants.

On July 15, 2011, we granted (#25) Defendants BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc., and Recontrust Company's motion to dismiss (#8). In that same order (#25), we denied Plaintiff's motion to amend the complaint (#21), upon finding that granting leave to amend would be futile.

On November 1, 2011, we denied (#32) Plaintiff's motion for reconsideration (#26) of our previous order (#25) of July 15, 2011.

We granted (#32) Defendants GreenPoint Mortgage Funding, Inc. and Marin Conveyancing Corp.'s motion for clarification (#27), dismissing Plaintiff's claims against them.

On November 3, 2011, we issued a notice (#33) of intent to dismiss Defendants Pinnacle Mortgage Group and First American Title Insurance Comp. from the action pursuant to Federal Rule of Civil Procedure 4(m) because no proof of service had been filed as to those parties. To this date, no proof of service has been filed.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendants Pinnacle Mortgage Group and First American Title Insurance Comp. be **DISMISSED** from this action.

As there are no further pending claims or defendants, the Clerk shall enter judgment accordingly.

DATED: March 21, 2012.

_____
UNITED STATES DISTRICT JUDGE